# Third District Court of Appeal
## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-392
Lower Tribunal Nos. 17-MM-696-A-M; 19-AP-2-A-M

_____

**Zachary Zieminski,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the County Court for Monroe County, Ruth Becker, Judge.

Eugene F. Zenobi, Criminal Conflict and Civil Regional Counsel, Third Region, and Jacqueline Rae Brandt, Assistant Regional Counsel, for appellant.

Ashley Moody, Attorney General, and Brian H. Zack, Assistant Attorney General, for appellee.


Before EMAS, LOGUE, and HENDON, JJ.

PER CURIAM.

Affirmed.